# Exhibit G

| | |
|---|---|
| OFFICE OF THE IMPARTIAL CHAIRPERSON<br>321 WEST 44TH STREET, SUITE 400<br>NEW YORK, NY 10036<br>TEL: (212) 541-7212  FAX: (646) 992-8103 | FUNDS AWARD #2024-03F<br>March 8, 2024<br>Page 1 of 3 |

In the Matter of the Arbitration between

New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Industry Training Fund, and Scholarship Fund ("Funds")

-and-

960 Associates LLC, CorpHousing Group Inc., and LuxUrban Hotels Inc., jointly and severally, d/b/a The Herald by LuxUrban ("Hotel Respondent")

Grievance No. #F24-2-2//Whether the Employer failed to render timely contribution reports and remittances to the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Industry Training Fund, and Scholarship Fund for the months of September, 2022 through December, 2023 an continuing, upon which amounts have accrued (and continues to accrue) interest at two percent (2%) above prime per annum; and if so, what shall be the remedy?

APPEARANCES:

| | |
|---|---|
| For the Funds: | Pitta LLP<br>By:  Jane Lauer Barker, Esq.<br>Kenneth Anderson, Jr., Accounts Receivable Manager, NYHTC Employee Benefit Funds |
| For the Employer: | By:  Brandon Elster, Chief Development Officer – LuxUrban Hotels, Inc.<br>No appearance by 960 Associates LLC |

    A hearing was held via zoom on March 6, 2024, pursuant to written notice duly given to the Hotel Respondent named above and in accordance with the collective bargaining agreement between the Hotel Respondent and the New York Hotel and Gaming Trades Council. Pursuant to the N.Y. Civil Practice Law and Rules and the collective bargaining agreement, the undersigned Arbitrator received evidence from the parties. The Funds provided a spreadsheet (Funds Ex. 5) showing the amounts due from the Hotel Respondent as of the hearing date for the period from September 2022 through January 2024. The evidence submitted by the Funds established its right to an Award. Hotel Respondent's Chief Development Officer did not dispute that those amounts in Funds Ex. 5 were due to the Funds.

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036
TEL: (212) 541-7212  FAX: (646) 992-8103

FUNDS AWARD #2024-03F
March 8, 2024
Page 2 of 3

Based on the evidence, it is AWARDED as follows:

The following amounts are due and immediately payable by the Hotel Respondents, jointly and severally, to the Trustees of the respective Funds listed below for the period from September 2022 through and including January 2024:

| Contrtibution Months | | Health | Pension | Legal | ITP | Scholarship | Totals |
|---|---|---|---|---|---|---|---|
| September | 2022 | 16,460.56 | 5,103.51 | 121.51 | 17.00 | 25.50 | 21,728.09 |
| October | 2022 | 35,845.74 | 9,708.49 | 241.57 | 45.00 | 30.00 | 45,870.79 |
| November | 2022 | 42,023.01 | 9,394.71 | 237.88 | 51.00 | 34.00 | 51,740.60 |
| December | 2022 | 39,651.47 | 7,717.77 | 193.58 | 54.00 | 36.00 | 47,652.82 |
| January | 2023 | 37,301.90 | 7,415.03 | 183.38 | 57.00 | 38.00 | 44,995.31 |
| February | 2023 | 50,077.28 | 9,108.74 | 233.26 | 57.00 | 38.00 | 59,514.27 |
| March | 2023 | 37,885.01 | 6,640.04 | 166.63 | 58.50 | 39.00 | 44,789.18 |
| April | 2023 | 37,837.35 | 7,021.95 | 175.49 | 60.00 | 40.00 | 45,134.80 |
| May | 2023 | 40,623.17 | 7,451.30 | 185.09 | 58.50 | 39.00 | 48,357.06 |
| June | 2023 | 41,794.50 | 8,648.54 | 214.07 | 58.50 | 39.00 | 50,754.61 |
| July | 2023 | 42,540.15 | 12,338.11 | 302.49 | 58.50 | 39.00 | 55,278.25 |
| August | 2023 | 45,950.20 | 10,396.64 | 293.85 | 55.50 | 37.00 | 56,733.19 |
| September | 2023 | 31,595.39 | 11,053.66 | 263.18 | 42.00 | 37.00 | 42,991.24 |
| October | 2023 | 46,905.14 | 15,550.10 | 450.19 | 43.50 | 37.00 | 62,985.93 |
| November | 2023 | 60,940.54 | 20,736.12 | 493.72 | 48.00 | 38.00 | 82,256.38 |
| December | 2023 | 60,940.54 | 20,736.12 | 493.72 | 48.00 | 38.00 | 82,256.38 |
| January | 2024 | 60,940.54 | 20,736.12 | 493.72 | 48.00 | 38.00 | 82,256.38 |
| Contrtibutions Due | | 729,312.51 | 189,756.96 | 4,743.33 | 860.00 | 622.50 | 925,295.29 |
| (Less) Amounts Received | | (72,526.51) | (2,305.72) | (58.19) | (9.93) | 14.39 | (74,885.96) |
| Interest @ Prime + 2% | | 49,048.45 | 11,379.70 | 285.90 | 63.19 | 44.83 | 60,822.06 |
| 10 % Late Fee | | 71,285.19 | 18,465.34 | 462.18 | 84.30 | 59.70 | 90,356.72 |
| 5 % Late Fee | | 823.03 | 255.18 | 6.08 | 0.85 | 1.28 | 1,086.40 |
| 20% Liquidated Damages | | 145,862.50 | 37,951.39 | 948.67 | 172.00 | 124.50 | 185,059.06 |
| Attorney Fees & Costs | | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 |
| Arbitrator's Fees | | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 |
| Grand Total Due | | $ 924,405.17 | $ 256,102.84 | $ 6,987.96 | $ 1,770.41 | $ 1,467.19 | $ 1,190,733.58 |

The Chairperson hereby renders the following Award:

The Hotel Respondent failed to make contribution payments consistent with its contractual obligations under the collective bargaining agreement and are hereby directed to forthwith pay to the Funds as follows:

To the Health Benefits Fund, the sum of $924,405.17

OFFICE OF THE IMPARTIAL CHAIRPERSON  
321 WEST 44TH STREET, SUITE 400  
NEW YORK, NY 10036  
TEL.: (212) 541-7212  FAX: (646) 992-8103

FUNDS AWARD #2024-03F  
March 8, 2024  
Page 3 of 3

        To the Pension Fund, the sum of $ 256,102.84  
        To the Legal Fund, the sum of $6,987.96  
        To the Industry Training Fund, the sum of $1,770.41; and  
        To the Scholarship Fund, the sum of $1,467.19.

It is so ordered.

Dated: New York, New York  
       March 8, 2024

                          AARON A. SHRIFTMAN, under penalties of perjury,  
                          duly affirms that he is the Arbitrator described herein,  
                          and that he executed the foregoing instrument.

                          *Aaron A. Shriftman*  
                          _____  
                          IMPARTIAL CHAIRPERSON