```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
TRUSTEES OF NEW YORK HOTEL TRADES COUNCIL AND
HOTEL ASSOCIATION OF NEW YORK CITY, INC. ET AL
                                                    24cv5361  (JSR)
                                                    24cv5441  (JSR)
                 Petitioner(s),                     24cv5486  (JSR)
                                                    24cv5588  (JSR)
         -v-                                        24cv5679  (JSR)
                                                    24cv5631  (JSR)

LUXURBAN HOTELS INC. ET AL                            ORDER


                 Respondent(s).
------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On consent of all parties, the above-captioned cases are consolidated for all purposes.

SO ORDERED.

DATED: August 27, 2024                    _____
New York, New York                         JED S. RAKOFF, U.S.D.J.