UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, and INDUSTRY TRAINING FUND, and 401(K) SAVINGS PLAN,<br><br>　　　　　Petitioners,<br><br>　-against-<br><br>LUXURBAN HOTELS, INC., et al.,<br>　　　　　Respondents. | 24cv5361 (JSR)<br>24cv5441 (JSR)<br>24cv5486 (JSR)<br>24cv5588 (JSR)<br>24cv5679 (JSR)<br>24cv5631 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On September 27, 2024, petitioners in the above-captioned consolidated cases moved for summary judgment, requesting that the Court grant their petitions to confirm their respective arbitration awards against respondents LuxUrban Hotels, Inc. and LuxUrban Re Holdings LLC. (Dkt. 15). Respondents failed to file any answer to plaintiffs' motion for summary judgment by October 18, 2024, as required by the consolidated case management plan. (Dkt. 12). Accordingly, the Court hereby grants petitioners' motion (Dkt. 15) in full. Clerk to enter judgment.

　　　　SO ORDERED.

Dated: New York, NY
　　　　~~October~~ 11/4/ 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1