**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL
ASSOCIATION OF NEW YORK CITY, INC.
HEALTH BENEFITS FUND, PENSION                          24 **CIVIL** 5361 (JSR)
FUND, LEGAL FUND, SCHOLARSHIP                          24 **CIVIL** 5441 (JSR)
FUND, and INDUSTRY TRAINING FUND,                      24 **CIVIL** 5486 (JSR)
and 401(K) SAVINGS PLAN,                               24 **CIVIL** 5588 (JSR)
                                                       24 **CIVIL** 5679 (JSR)
                          Petitioners,                 24 **CIVIL** 5631 (JSR)

             -against-                                 <u>**JUDGMENT**</u>

LUXURBAN HOTELS, INC., et al.,

                          Respondents.
------------------------------------------------------------X


            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 04, 2024, Petitioners' motion for summary judgment

is granted in full. Accordingly, judgment is entered in favor of the petitioners.


**Dated**: New York, New York
          November 04, 2024


                                                **DANIEL ORTIZ**
                                        _____
                                                **Acting Clerk of Court**

                          BY:
                                        _____
                                                **Deputy Clerk**